UNITED STATES STEEL CORPORATION, REPUBLIC STEEL CORPORATION, ET AL., PLAINTIFFS *v.* UNITED STATES OF AMERICA, ET AL., DEFENDANTS, AND COMPANHIA SIDERURGICA PAULISTA, ET AL., DEFENDANTS-INTERVENORS

Consolidated Court No. 82-10-01361

UNITED STATES STEEL CORPORATION, REPUBLIC STEEL CORPORATION, ET AL., PLAINTIFFS *v.* UNITED STATES OF AMERICA, ET AL., DEFENDANTS, AND COMPANHIA SIDERURGICA PAULISTA, ET AL., DEFENDANTS-INTERVENORS

Court No. 82-10-01361S

UNITED STATES STEEL CORPORATION, PLAINTIFF *v.* UNITED STATES OF AMERICA, ET AL., DEFENDANTS, AND POHANG IRON & STEEL CO., LTD., ET AL., DEFENDANTS-INTERVENORS

Consolidated Court No. 83-01-00134

UNITED STATES STEEL CORPORATION, PLAINTIFF *v.* UNITED STATES OF AMERICA, ET AL., DEFENDANTS

Court No. 83-01-00134S

UNITED STATES STEEL CORPORATION, REPUBLIC STEEL CORPORATION, ET AL., PLAINTIFFS *v.* UNITED STATES OF AMERICA, ET AL., DEFENDANTS

Court No. 83-01-00152S

Before WATSON, *Judge.*

(Dated February 24, 1984)

*Law Department of United States Steel Corp.* (*D. B. King* of counsel) for plaintiff United States Steel Corp.

*Cravath, Swaine & Moore* (*Joseph N. Sahid,* of counsel) for plaintiffs Republic Steel Corp., Inland Steel Company, Jones & Laughlin Steel, Inc., National Steel Corp. and Cyclops Corp.

Richard K. Willard, Acting Assistant Attorney General, David M. Cohen, Director, Commercial Litigation Branch (*Francis J. Sailer,* Attorney) for the federal defendants.

*Wald, Harkrader & Ross* (*Christopher Dunn,* of counsel) for defendants-intervenors Companhia Siderurgica Paulista and Usinas Siderurgicas de Minas Gerais.

*Busby, Rehm and Leonard, P.C.* (*John B. Rehm,* of counsel) for defendant-intervenor Highveld Steel and Vanadium Corp. Ltd.

*Daniels, Houlihan and Palmeter, P.C.* (*N. David Palmeter* and *Donald B. Cameron, Jr.*) for defendants-intervenors Pohang Iron & Steel Co., Ltd., and Union Steel Mfg. Co., Ltd.

WATSON, *Judge:* Upon the basis of plaintiffs' Motion for Voluntary Dismissal under Rule 41(a)(2) and plaintiffs' memorandum in support thereof, together with defendants' consent thereto and sup-

porting memorandum, as well as the lack of objection from defend-
ants-intervenors, it is hereby

ORDERED that the above-captioned civil actions are dismissed and
that the decisions, orders and judgments that have been rendered
therein are vacated as moot.

This dismissal is without prejudice to plaintiffs' right to litigate
any or all of the issues covered by the complaints that have been
filed in the dismissed cases. The parties will bear their own costs.